```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                            :
ALIM T. MILES,              :
                            :    No. 18-cv-10397 (NLH)(KMW)
            Plaintiff,      :
                            :
        v.                  :    MEMORANDUM OPINION
                            :
JOHN POWELL, et al.,        :
                            :
            Defendants.     :
_____:
```

IT APPEARING THAT:

1.  Plaintiff Alim T. Miles filed a civil rights action brought pursuant to 42 U.S.C. § 1983.  ECF No. 1.

2.  On February 18, 2020, the notice of electronic filing that had been mailed to Plaintiff's address of record at South Woods State Prison in Bridgeton, New Jersey was returned as undeliverable.  ECF No. 23.

3.  The Notice mailed to Plaintiff's address of record has been returned to sender with the envelope marked "Return to Sender, Refused, Unable To Forward."  Id.

4.  According to the New Jersey Department of Corrections' Inmate Locator, Plaintiff was released from custody on October 11, 2019.  Offender Search Form, available at https://www20.state.nj.us/DOC_Inmate/inmatesearch.jsp (last visited March 23, 2020).

5. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

6. Plaintiff submitted a change of address form in his other civil action, Miles v. Sergeant Morris, et al., No. 17-2800 (D.N.J. Jan. 21, 2020) (ECF No. 47), indicating he now resides in Beverly, New Jersey. Plaintiff may not have been aware he needed to submit the change of address notification for each civil action, especially considering he was represented by counsel in this matter until August 2019.

7. Based on Plaintiff's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate this case. This order shall be sent to the address associated with Plaintiff, and he may reopen this matter by confirming his contact information with the Court.

7. An appropriate order follows.


Dated: March 23, 2020　　　　　　　　　s/ Noel L. Hillman
At Camden, New Jersey　　　　　　　　NOEL L. HILLMAN, U.S.D.J.